# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

JENNAE HAMID, *et. al.* :
        Plaintiffs, :
: 
v. : Civil No. 2:19-cv-03773-JMG
:
THE CHESTER COUNTY HOSPITAL, :
d/b/a PENN MEDICINE :
   and :
UNIVERSITY OF PENNSYLVANIA :
HEALTH SYSTEM :
        Defendants. :
_____:

## **ORDER**

**AND NOW**, this 16th day of December, 2020, upon consideration of Plaintiff's Motion and Memorandum for Conditional Certification (ECF No. 14), it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. No later than January 14, 2021, Defendants shall supply an updated computer-readable file containing the names, last-known mailing addresses, dates of employment, job title, pay rate(s), e-mail addresses and telephone numbers for those individuals who have worked as Nursing Staff for Defendants at Chester County Hospital from August 22, 2016 through present and worked more than 40 hours in any week and/or who worked through any lunch breaks during the same time period.

2. No later than January 21, 2021 Plaintiff shall submit to the Court for approval a revised proposed notice form to comport with the following requirements:

    a. There shall be a 60-day opt-in period;

    b. Such notice must contain the following language: "You have the right to retain your own attorney, but you are not required to do so.  If you choose to join in this lawsuit and do not retain your own attorney, you will be represented by the following attorneys:" followed by Plaintiff's counsel's name and address;

3. Plaintiffs are authorized to send notice via certified mail and/or e-mail to those individuals identified in the file; and

4. The notice and opt-in process shall be concluded within 90 days of the Court's approval of the revised notice.

                BY THE COURT:

                */s/ John M. Gallagher*
                JOHN M. GALLAGHER
                United States District Court Judge